UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | | CASE NO. 3:04-CV-089 |
| | : | |
| v. | | Judge Thomas M. Rose |
| UNITED STATES CURRENCY | | |
| $11,020.00, et al | : | |
| Defendants. | : | |

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE AGAINST DEFENDANTS: U.S.C. $11,020.00; U.S.C. $6,200.00; NATIONAL CITY BANK #******7714 IN THE AMOUNT OF $34,065.00; BANK OF AMERICA #******2987 IN THE AMOUNT OF $13,858.92; U.S. BANK #******9302 IN THE AMOUNT OF $4,334.18; BANK ONE #*****7107 IN THE AMOUNT OF $162.35; BANK ONE #*******7857 IN THE AMOUNT OF $222.73; U.S. BANK #*****7049 IN THE AMOUNT OF $73.37; 9MM HIGHPOINT GUN #P047966 W/MAGAZINE AND 6 ROUNDS; U.S.C. $5,917.94; U.S.C. $2,644.25; U.S.C. $1,622.00; FIFTH THIRD BANK #*****6431 IN THE AMOUNT OF $125.48; J.C. HIGGINS, 12 GAUGE SHOTGUN #583.20 W/NO SERIAL NUMBER AND 12 ROUNDS; LLAMA FIREARM SERIAL #71-04-01788-99; U.S.C. $1,338.00; 9MM RUGER SERIAL #314-97357; U.S.C. $350.50; U.S.C. $2,691.00; FIFTH THIRD BANK #*****1062 IN THE AMOUNT OF $649.11; FIFTH THIRD BANK #*******8901 IN THE AMOUNT OF $325.61; U.S.C. $211.00; U.S.C. $3,863.00; AND U.S.C. $137,232.50**

This is a civil forfeiture action, filed March 23, 2004, in which the United States seeks the forfeiture of the above listed Defendants pursuant to 18 U.S.C. §981(a)(1)(A); 18 U.S.C. § 981(a)(1)(C); 18 U.S.C. §924(d) and 18 U.S.C. §922(n).

On May 5, 2005, a Default Entry was been signed by the Clerk. (Doc. 51). On August 16, 2005, the United States moved the Court to enter a Judgment of Default and Decree of Forfeiture against Defendants: U.S.C. $11,020.00; U.S.C. $6,200.00; National City Bank #******7714 in the amount of $34,065.00; Bank of America #******2987 in the amount of $13,858.92; US Bank #******9302 in the amount of $4,334.18; Bank One #*****7107 in the

Page 1 of 3

amount of $162.35; Bank One #*******7857 in the amount of $222.73; US Bank #*****7049

in the amount of $73.37; One 9mm Highpoint gun #P047966 w/magazine and 6 rounds; U.S.C.

$5,917.94; U.S.C. $2,644.25; U.S.C. $1,622.00; Fifth Third Bank #*****6431 in the amount of

$125.48; One JC Higgins, 12 gauge shotgun #583.20 with no serial number and 12 rounds; One

Llama Firearm Serial #71-04-01788-99, U.S.C. $1,338.00; One 9mm Ruger Serial #314-97357;

U.S.C. $350.50; U.S.C. $2,691.00; Fifth Third Bank #*****1062 in the amount of $649.11;

Fifth Third Bank #*******8901 in the amount of $325.61; U.S.C. $211.00; U.S.C. $3,863.00;

and U.S.C. $137,232.50; and Potential Claimants:  Amjad Salem; Awwad Oweida; Fadi

Mardini; Hamzeh Hossein; Adli Zamnoun; Abdel Ouhab Salameh; Abdel Fattah Salam; Yosef

Abdelsalam; Mohammed Boucherka; Djemel Boutaleb; Boualem Boussaha; Allal Chehma;

Ahmed Ghanem; Amir Rasras; Laura Hulbert; Hadjira Moudjed; Najah Melhem; R&S Sales;

Occcupants of 12 S. Glen Oak Drive; Shavethis.com; SMA Distributors; Westside Furniture;

Rick's Grocery;  Dearborn Market; Cornell Meat King;  Linden Avenue Stop-N-Lock; Linden

One Stop; P T.C. Sales, Inc.; Plaza Drug Distributors; J.C.A. Enterprises; and Milwaukee

Notions, Inc.  (Doc. 52).

It appearing to the Court from the files and records of this case that proper proceedings

have been had for the forfeiture of the above named Defendant and the Potential Claimants, and

that the United States is entitled to a Judgment by Default;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and interests

of Potential Claimants: Amjad Salem; Awwad Oweida; Fadi Mardini; Hamzeh Hossein; Adli

Zamnoun; Abdel Ouhab Salameh; Abdel Fattah Salam; Yosef Abdelsalam; Mohammed

Boucherka; Djemel Boutaleb; Boualem Boussaha; Allal Chehma; Ahmed Ghanem; Amir Rasras;

Laura Hulbert; Hadjira Moudjed; Najah Melhem; R&S Sales; Occcupants of 12 S. Glen Oak

Drive; Shavethis.com; SMA Distributors; Westside Furniture; Rick's Grocery;  Dearborn

Market; Cornell Meat King;  Linden Avenue Stop-N-Lock; Linden One Stop; P T.C. Sales, Inc.;

Plaza Drug Distributors; J.C.A. Enterprises; and Milwaukee Notions, Inc. against the above

listed Defendants are forever closed and barred; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants;

U.S.C. $11,020.00; U.S.C. $6,200.00; National City Bank #******7714 in the amount of

$34,065.00; Bank of America #******2987 in the amount of $13,858.92; US Bank

#******9302 in the amount of $4,334.18; Bank One #*****7107 in the amount of $162.35;

Bank One #*******7857 in the amount of $222.73; US Bank #*****7049 in the amount of

$73.37; One 9mm Highpoint gun #P047966 w/magazine and 6 rounds; U.S.C. $5,917.94; U.S.C.

$2,644.25; U.S.C. $1,622.00; Fifth Third Bank #*****6431 in the amount of $125.48; One JC

Higgins, 12 gauge shotgun #583.20 with no serial number and 12 rounds; One Llama Firearm

Serial #71-04-01788-99, U.S.C. $1,338.00; One 9mm Ruger Serial #314-97357; U.S.C. $350.50;

U.S.C. $2,691.00; Fifth Third Bank #*****1062 in the amount of $649.11; Fifth Third Bank

#*******8901 in the amount of $325.61; U.S.C. $211.00; U.S.C. $3,863.00; and U.S.C.

$137,232.50 are hereby forfeited to the United States in accordance with 18 U.S.C.

§981(a)(1)(A);  18 U.S.C. § 981(a)(1)(C);  18 U.S.C. §924(d) and 18 U.S.C. §922(n), and the

United States shall dispose of those Defendants in accordance with law.

Dated: August 17, 2005                          s/**THOMAS M. ROSE**

_____
THOMAS M. ROSE
U.S. DISTRICT COURT JUDGE